No. 80–704. GIBBONS, TRUSTEE, ET AL. v. RAILWAY LABOR EXECUTIVES' ASSN. ET AL. C. A. 7th Cir. Motion of petitioners to expedite consideration of the petition for writ of certiorari denied.

No. 80–5560. IN RE CORLEY. Petition for writ of habeas corpus denied.

No. 79–2016. IN RE INTERSIMONE. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 80–84. ANDERSON BROS. FORD ET AL. v. VALENCIA ET AL. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 80–5116. JENKINS v. BREWER. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–1524. CITIZENS CASUALTY COMPANY OF NEW YORK v. SLOTKIN ET AL.;
No. 79–1535. McGRATH v. SLOTKIN ET AL.;
No. 79–1571. McGRATH v. SLOTKIN ET AL.; and
No. 79–1719. AMERICAN MUTUAL INSURANCE COMPANY OF BOSTON v. SLOTKIN ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 614 F. 2d 301.

No. 79–6663. TROZZO ET AL. v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 79–6766. WARDEN v. KIDD, CIRCUIT COURT CLERK OF JEFFERSON COUNTY, MISSOURI. C. A. 8th Cir. Certiorari denied.